**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE BURLINGTON INSURANCE COMPANY**<br><br>      Plaintiff,<br><br>  v.<br><br>**SHELTER STRUCTURES, INC.**<br><br>      Defendant. | **CIVIL ACTION NO. 19-4857** |

## ORDER

**AND NOW**, this 4th day of September 2020, upon consideration of Plaintiff The Burlington Insurance Company's Motion for Judgment on the Pleadings [Doc. No. 16] and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff has no duty to defend or indemnify Defendant Shelter Structures, Inc. in connection with the underlying action.

It is further **ORDERED** that counsel for the parties shall confer and file a joint status report no later than **September 18, 2020**, setting forth a proposed schedule for resolution of the counterclaims.

It is so **ORDERED**.

                                                                    BY THE COURT:

                                                                    /s/ Cynthia M. Rufe
                                                                    _____
                                                                    **CYNTHIA M. RUFE, J.**